E-FILED
Tuesday, 20 October, 2015  12:58:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

Central DISTRICT OF Illinois

_____ DIVISION

CLERK OF THE COURT

FILED
OCT 20 2015
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

01-30104

Dear Clerk,

I am requesting copies of the below listed document(s) in my case file. I have included below all information that I have to make this request as easy as possible for you to locate. Thank you in advance for any assistance you are able to give in this matter.

Case Name: Andre Pinkston

Case Number: 12783-026

Judge: Mills

Document(s) Requested: Docket Sheet & Plea agreement.

Date: 10-15-15        Signed: Andre Pinkston

P.O. Box 150160
USP Atlanta
Atlanta, GA 30315

ATLANTA METRO GA
16 OCT 2015 PM 10 L

Clerk of Courts
151 U.S. Courthouse
600 East Monroe St
Springfield, IL 62701