Judge Richard Mills,

Hello, my name is Andre Pinkston. I believe I am a candidate for The First Step Act and The Fair Sentencing Act. I am writing to request that a Federal Public Defender be assigned to me to assist me with filing a petition under the Fair Sentencing Act for a sentence reduction in accordance with the First Step Act.

Thank you very much for your time and assistance.

Andre J. Pinkston #12783-026

Case number 3:01-CR-30104-RM- USA v. Williams.

Andre J. Pinkston #12783-006
United States Penitentiary
P.O. Box 2000
Bruceton Mills, WV 26525

United States District Court
Attn: Judge Richard Mills
151 US Courthouse
600 E. Monroe
Springfield, IL 62701

PITTSBURGH PA 150
11 JAN 2019 PM 5 L