IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff.<br><br>v.<br><br>ANDRE PINKSTON,<br><br>Defendant. | Case No. 01-30104 |

## MOTION TO WITHDRAW AS COUNSEL

Thomas W. Patton, Federal Public Defender, moves to withdraw as counsel in this case. In support, he states:

1. Pursuant to Administrative Order 19-MC-1001, this Court appointed undersigned counsel to represent the Defendant on a request for a reduced sentence pursuant to section 404 of the First Step Act of 2018.

2. Section 404(b) permits the Court to reduce a sentence that was imposed for a "covered offense." Section 404(a) defines a "covered offense" as a violation of the crack cocaine laws that was committed before August 3, 2010.

3. Undersigned counsel has reviewed the Defendant's case and concluded that the Defendant is ineligible for a reduction under section 404 of the First Step Act.

4. The Defendant was not convicted of an offense involving crack cocaine. Thus, the sentence was not imposed for a "covered offense," so section 404 of the First Step Act does not apply to the Defendant.

5. As counsel has determined the Defendant is ineligible for a reduction under section 404 of the First Step Act, the Court should grant him leave to withdraw as counsel and allow the Defendant to proceed *pro se*.

WHEREFORE, the Court should enter an order allowing counsel to withdraw and permitting the Defendant to proceed *pro se*.

Respectfully Submitted,

BY:  s/ Thomas W. Patton
THOMAS W. PATTON
Attorney for Defendant
Federal Public Defender
PA ID No. 88653
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: Thomas_Patton@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following: Assistant United States Attorney Patrick Hansen. A copy of the foregoing was also mailed to the Defendant.

<u>s/ Thomas W. Patton</u>
THOMAS W. PATTON
Attorney for Defendant
Federal Public Defender
PA ID No. 88653
401 Main Street, Suite 1500
Peoria, Illinois 61602
Phone: 309/671-7891
Fax: (309) 671-7898
E-mail: Thomas_Patton@fd.org
